# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## Panama City DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

GARRY ALAN ULLAND
Inmate # A50489
(Enter full name of Plaintiff)

VS.

CASE NO: 5:14cv162-RS/CJK
(To be assigned by Clerk)

GLENN L. HESS, State Attorney
FRANK McKEITHEN, Sheriff, B.C.S.O.
MICHAEL D. CREW, Secretary, D.O.C.

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed 7/10/2014 USDC PN (djb)
(unreadable)

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Garry Alan Ulland
Inmate Number: A50489
Prison or Jail: Santa Rosa C.I., Annex
Mailing address: 5850 E. Milton Rd.
Milton, Florida
32583

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Glenn L. Hess
Official position: State Attorney, 14th.
Employed at: Post Office Box 1040
Mailing address: Panama City, Florida
32402

(2) Defendant's name: Frank McKeithen
Official position: Sheriff, Bay County
Employed at: 3241 Florida 77
Mailing address: Panama City, Florida
32404

(3) Defendant's name: MICHAEL D. CREW
Official position: Secretary, D.O.C. Fla.
Employed at: 501 S. Calhoun St.
Mailing address: Tallahassee, Fla
32399-2500

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(X)    No( )

1. Parties to previous action: Habeas X 2
   (a) Plaintiff(s): GARRY A Ulland
   (b) Defendant(s): State Pam Jo Bond.' (1) / (2)
2. Name of judge: _____ Case #: 1D12-1177 / 1D13-4133
3. County and judicial circuit: 1st DCA Fla, Tallahassee
4. Approximate filing date: Feb. 29, 2012 / Aug 28, 2013 (2)
5. If not still pending, date of dismissal: April 11, 2012 / Sept 13, 2013 (2)
6. Reason for dismissal: Concealed Records; BCSO; S. Attorney
7. Facts and claims of case: (1) Subject Matter Jurisdiction, / (2) Denial of Self-defense Jury Instructions at Trial

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(X)    No( )

1. Parties to previous action:
   a. Plaintiff(s): GARRY Alan ULLAND
   b. Defendant(s): Glenn Hess et al.
2. District and judicial division: Pensacola-DIVISION
3. Name of judge: Charles J. Kahn Jr.   Case #: 5:11 cv 291/MP/CJK
4. Approximate filing date: August 26, 2011
5. If not still pending, date of dismissal: March 8, 2012
6. Reason for dismissal: Voluntary; Casey M. Rodgers, Panama-City, Div.

3

7. Facts and claims of case: <u>Governmental Intrusion; Search & Seizure,</u>
<u>Cruel & unusual; Equal Protection; due Process; Immunites;</u> USCA Amend.
(Attach additional pages as necessary to list other federal court cases.) 4, 8 & 14th
Art 4 § 2 US

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(X)          No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): <u>Garry A Ulland</u>
   b. Defendant(s): <u>Glenn Hess, Frank McKeithen</u>
2. District and judicial division: <u>1st DCA of Fla, Tallahassee</u>
3. Name of judge: _____  Case #: <u>1D14-2040</u>
4. Approximate filing date: <u>May 7, 2014</u>
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: <u>Motion to Compell Production</u>
   <u>of Police Reports and State Attorney's Investigative</u>
   <u>Files</u> (Attach additional pages as necessary to list cases.)

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )          No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

V. STATEMENT OF FACTS:

Now Comes, Garry Alan Ulland, D.O.C. # No. A50489, a pro se inmate-petitioner of the Santa Rosa Division of the Florida Department of Corrections, Milton, Florida.

Plaintiff brings this 42 U.S.C. 1983-Civil-Rights-Complaint against the above Named Captioned defendants; in their personal-Capacity and in their Official-Capacity, under Color of Florida-State-Law, and States the following:

Defendants violated Plaintiff's Eighth and Fourteenth Amendments under the United States Constitutional-Prohibition; against Cruel and Unusual Punishments. Plaintiff alleges defendants maintained a Reckless-disregard for human life; were guilty of Reckless indangerment and deliberate indifference to the Medical-Needs of Plaintiff.

While residing at 2504 Dorothy-Avenue, panama City Beach and after a Home-Invasion of Plaintiff's Home, defendant's-Agents arrested Plaintiff inside his home without Warrent, nor invitation. Plantiff; a 55 year-old disabled-Veteran was accosted and Arrested inside his living-Room, while still undressed, and Placed in a Bay County Sheriff's Patrol-Car on August 23rd, 2009. Without V.A. Perscribed Medications.

Plaintiff was held without bond on an open-Charge. Plaintiff remained in Jail on an open-Charge until June 25th, 2010. The date Plaintiff was found guilty, as alleged, by State Attorney.

Charges were never Officially-Filed in Case: 09-2652. Trial was without Jurisdiction: Bill of Attainder (Art 159)

(5)

Plaintiff states the following:

1) On <u>November 13, 2009</u>, Plaintiff obtained a Bond for 150,000 dollars. before bond could be Posted; State Attorney, <u>Sua Sponte</u>, "Amended" the bond by adding another 100,000. <u>Exceeding the available $15,000</u>. USCA Const. <u>Ament. 8</u>; <u>nor will "Excessive bail be required!"</u> <u>Cruel and unusual</u>.

2) <u>In January of 2010</u>, Plaintiff was <u>exposed</u> to a "<u>Staphylococcus-Bacterium</u>". First sign was a "Boil" on the Right-inter Lower-Leg.

3) Plaintiff sought Treatment of, <u>onset; of Cellulities; (a skin-infection)</u>, of the <u>entire</u> Right-Leg... Doctor <u>Lippman</u>; Bay County Sheriff's Jail-Infirmary, Stated; "<u>It's Just a Rash</u>", <u>deliberate indifference</u>.

4) Cellulities <u>Infection</u> then spread to <u>Abdomin</u> with <u>distension</u> (Bloat), with <u>Delirium</u> and <u>Itch</u>. again Dr. Lippman Stated; "it's still Just a Rash and "eating too much!"-"Homefood." <u>deliberate indifference</u>"

5) Thereafter a Cluster of Boils developed in the inter-thigh of the upper Right Leg which burst-open. Both Legs swelled and "Septicemia" was Blood-Born. allowed to Cleanse wounds "only"...

6) Plaintiff filed a grievance to Medical and Dr. Lippman Stated. "<u>are you trying to sue me?</u>;" "<u>You will not see an outside doctor</u>; <u>I'm the "only-Doctor" You'll see!</u>" and "<u>no one else can come in here</u>" either." <u>I'll fix you a Soup of Antibiotics to take</u>!"

7) Plaintiff filed a Grievance to Colonel Herzog; "Chief Operations" officer, over Bay County Jail-Facility. "<u>No Response</u>".... "Reckless-indangerment", <u>Health</u>...

8) Plantiff Wrote a <u>Medical-Grievance</u> letter to Judge Grammer. "<u>No Response</u>"

(6)

9) Plaintiff recieves a letter from Public-Defender's office stating; 10yrs-Prison was on the Table, at State Attorney's office; "Recommend You <u>Consider</u>" it; in Juxtaposition of "Life", if you take it to Trial. <u>Plaintiff-Refused-Plea-Deal!</u>

10) <u>Septicemic Infection</u>; open-<u>Carbuncle-Boils</u>, and "Stomach-Pains" became worse; Bacteria <u>Infection</u> has become <u>antibiotic-Resistant!</u>..."M.E.R.S.A."....

11) Jail officials visited me in Challenger Section of Jail; Cell, C-5.Low, said; I was being Transported to an outside Hospital. a <u>deliberate-farcical-Plot!</u>

12.) When officer and Plaintiff got as far as the Administration; they locked me in Cell; <u>M-4</u> at Jail-<u>Infirmary</u>, stating; I was to be taken at 6am the next day. "Never Happened".

13.) Plaintiff Succumbed to "Systemic-Shock"; Without any "Medical-Intervention". Nurses were <u>locked-out</u>, Security was <u>not</u> available, and Doc. was <u>on Vacation</u>. "Nurse Could "only" Watch on Camera!"

14.) On Doctor's Return and Plaintiff's "Solo-management to Survive"; Doctor Canceled any alleged <u>Hospitilization</u>, Verbally, <u>outloud</u>, in Pretense.

15) Plaintiff was thereafter allowed <u>at</u> his Cost to have Photo's taken of <u>Internal-Stomach</u>; Which Showed Blackish-Green "Necrotic tissue" in Stomach-Lining. "only" "Prilosec" was "ordered".

16) Plaintiff managed to "alert" Media; NEWs Herald-News-Paper; that Plaintiff wish to speak to Public before Trial; "Inter-view" was held, and Published; June 7, 2010 (via "Camera-Crew") but report was <u>badly-Redacted</u> and Altered; (State-TYRANNY); "Foiled; Thwarted and defeated efforts at Truth!"

(7)

17) Plaintiff also "Wrote Story" and sent to the Sheriff of Bay County; "Inter-House Mail", Addressed to Frank McKeithen; Bay County Sheriff's Office, 3421 North Hwy 77, Panama City, 32405. Letter Consisted of Events from Arrest, to date of letter, June 6, 2010. "No Response"

18) State-Elected-Attorney: Glenn L. Hess then mandated "attendance" of all-assistant-Prosecutor's to a Spaghetti Banquet, before a Painting, by Leonardo Da Vinci: Called "The Last Supper", a "PREMISE", to the main-Thesis: a Proposition; "It's my Way or the Hyway" (you'll get me Convictions; or this will be Your last Supper!). Banquet held June 17th 2010.

19) USURPATION of Judgeship was obtained; Trial without subject-Matter Jurisdiction was held; Fabricated Police-testimony Concerted; Criminal-History Manipulated, to aggravate "unfiled-alleged-Charge"; to ensure a "Maximum" Sentence by Retired Judge. Ex-Post-Facto applications and Bills of Attainder "enhance" the Cruel and Unusual, Medical Needs, to the level of Reckless disregard of a detainee's Life. (USCA. Const. Amend. 14.) and 8th Amend.

20) Plaintiff was Sentenced within the Hour of Verdict and rush away to Prison-Administrative Confinement Lock-down. Stripped of Life-Sustaining Medications. (JULY 2010 N.W.R.C. (Chipley).

21) Transported to (SRCF, Milton); Stripped again of all Medication in Administrative Segrigation; June 02, 2011 (37 days) and Restricted Contact on Nurse-Rounds.

22) December 2011; Sent to (Butler-R.C) for an Abdominal-Tap; Stayed Sick while Exposed to all Transient-illnesses. "No" Sick-Call allowed;

(8)

"C.T-Scan done of "Abdominal-Cavity", no Tap, or (Paracentesis) Performed, "deliberate Indifference"; to "Puttefactive-State" of Bowels and other organs in Abdominal Cavity, exposed to "Stagnated-Fluids", not the "Morbific-State" the rupture of Bowels, Bladders or Lymphatic-Vessels, "Pose", "in Killing", by an Inveterate-Ascities; "Reckless Indangerment by indifference."

"28 USC §1915 (9)"
Imminent Danger
(Reckless disregard for Life)

23) Puttefactive State of organs will Cause death if left unattended: Evacuating Fluids may not be Considered Less-Hazadous or more Successful, but left to it's own Demise; is repulsively grotesque; Cruel and Unusual, and Excessive Punishment.

Plaintiff has yet to lose all hope in this "Morbific-Matter". The 54-Months of Consumption and Pain Preceding this Civil-Rights-Action, more than Warrant's Plaintiff's Relief of Pains and "Great Weakness" Caused by this "Long-Standing Ascities". "Permanent Injury" and damage to all Organs has already occured; IRREVERSIBLE...

Plaintiff Seeks a Chance: Nature and Divine intervention Can "Spondtaneously-expel" the Pernicious-Remains of Distemper "with Treatment." "Imminent Danger" is "Real" and Pending-Death is "Guaranteed" Without Evacuation of Fluids.

24) "The Veterans Administration"
Veteran's Affairs will not Provide "Paracetesis" due to State-Custody and the Seriousness of The Charge. "Thou the Unfiled Charge by Information and Lack of Service on Defendant before Trial; "Left Court Without-Jurisdiction for a TRIAL."

(9)

## "DEFINED;"SEPTICEMIA"

25) Septicemia starts with exposure to a bactermia, ie, (Staphylococcus), which enters the blood-stream traveling throughout the entire body, intering all organs of the body. Then with FLORID; "ENdotoxins", (Bacterial-Overgrowth), Bacteria-Produced; Reaches Massive Toxic levels which overwhilm the Bodies defense System. Without an Emergency-Medical-Intervention and Intravenous Treatment; Sever Shock and Death may ensue or Sever Irreversable damage will incur;(CIRRHOSIS).

## ALLIGATIONS-Summurized

Plaintiff was taken into Custody on August 23rd, 2009. Sheriff was "Negligent" in his Custodial-Duties when he failed to take Reasonable Steps to INSURE that Detainee was furnished with Prompt and Adequate Medical-Care; When detainee, by Forced detention and Excessive bond was unable to Secure such Care for himself.

Plaintiff alleges:

1) as set forth above, Plaintiff was in the Custody of the above Captioned defendants at all times.

2) Detention was such that Plaintiff was unable to Care for his own well-being; Relative to the need for Medical-Care.

3) Plaintiff's Ability to obtain and Secure any Medical-Care was at the Sole discretion of defendants.

4) Defendants Breached their duty Personally and Officially under Color of State Law by Virtue of the following Acts or Omissions:

(10)

(a) By negligently diagnosing, failing to diagnose or failing to adequately diagnose the conditions from which the Plaintiff was suffering, Specifically; Infection, Cellulities, Septicemia, Necrotizing Fascities, Ascites with Edema.

(b) by negligently Treating, failing to Treat, or failing to adequately Treat the conditions from which the Plaintiff was suffering; Specifically: Infection, Cellulities, Septicemia, Necrotizing-Fascities, Ascites with Edema, Skin Leasions

(C) By failing to furnish Prompt Proper medical Care and Prompt _Emergency-Intravenous-Intervention by Hospitalization of Plaintiff, to avoid the onset of Plaintiff's Illness and Condition_, Specifically: _Infection, Cellulities, Septicemia, Ascities, Edema, Necrotizing Fascities and Systemic-Shock, as Pretrial-Detainee!_

(d) By failing to furnish Prompt and Proper Medical Care and Treatment of _State-Prisoner_ for _Mental-Health; Encephalites_ and _P.T.S.D;_ for _Ascities and Edema;_ by Evacuation of Abdominal Fluid, (_PARACENTESIS_), _to prevent the PUTREFYING of the Internal-Organs_ within the Abdominal-Cavity; thereby _Killing Plaintiff_ in allowing Long-term (_Inveterate_) Ascites to Exist. Early Evacuations Promote Healing.

(e) defendants above Acts and omissions were with deliberate _Indifference_ and a deliberate disregard for Plaintiff's Life!

(11)

JUL 08 2014
SANTA ROSA C.I. ON
PROVIDED TO

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Cruel and Unusual Punishment: USCA Const. Amend. 14: Due Process, Equal Protection Clause, Abridgement of Privileges and Immunities - Art 4 sec 2, USCA Const. Amend 8 Cruel and Unusual, Confinement Without Official Charges Filed, Art 1 sec 9 (Bill of Attainder) Amend 10 (Ex Post Facto) not a crime when Act was Comitted - Denial of Right to Mental & Physical Medical Treatment while Confined.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(#1) 1. "Medical-Intervention" by Veteran's Administration:
2. Appointment of Counsel to Obtain and Articulate Medical Record;
3. Compensation: Permanent Injuries: 750k to 3 Million dollars
4. Punitive damages (Max Allow by Law), to be Amended by Counsel.
(#1): a Peritoneal-Dialysis.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

July 7th, 2014
(Date)

Garry Alan Ulland
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the _8th_ day of _July_, 20_14_.

Garry Alan Ulland
(Signature of Plaintiff)

Revised 03/07

(12)